# United States District Court
## Northern District of New York
## Civil Judgment

Gilbert M. Voght,
        Plaintiff,

-v-

Michael Amotto; Ernest Sammons; Joseph Kilmartin; Lt. Burt Wilson; Scott W. Whitman; Christopher Cuddy; Scott Carlson; Andrew Neff; and Craig A. Eggleston,
        Defendants.

Case Number:

6:05cv1170   (GTS/GHL)

[X]   Decision by Court.  This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** the County defendants' motion for summary judgment is granted, and it is further

**ORDERED AND ADJUDGED,** the State defendants' motion for summary judgment is granted, and it is further

**ORDERED AND ADJUDGED,** the Plaintiff's Amended Complaint is dismissed in its entirety. The federal claims therein being dismissed with prejudice and state claims therein being dismissed without prejudice.

All of the above pursuant to an Order dated November 18, 2008, by Judge Glenn T. Suddaby on 11/18/08.

Dated: November 19, 2008    **Lawrence K. Baerman, Clerk**

                                  s/

                        *Marie N. Marra, Deputy Clerk*